UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANIS SHUMWAY,

    Plaintiff,

v.

    Case No. 2:21-cv-176

    HON. JANET T. NEFF

JOSHUA LABONTE,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's action is **DISMISSED** for lack of prosecution and failure to comply with the Court's order.

Dated: June 27, 2022

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge